IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELISSA RAY MOLLOY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:25-CV-01373-E |
| | § | |
| DALLAS COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

**PARTIES' ADVISORY REGARDING SETTLEMENT OF CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Plaintiff Melissa Ray Molloy and Defendant Dallas County and file this Advisory Regarding Settlement of Case.

1. The parties have entered into a tentative settlement of the case. The parties have exchanged the settlement/release papers. By law, for the settlement to become final, the settlement must be approved by the Dallas County Commissioners Court. The matter has been scheduled to be considered by the Dallas County Commissioners Court on March 3, 2026.

2. The parties are advising the Court because there is a pending Rule 12(b)(6) motion filed by Dallas County. (ECF No. 24). This advisory is presented to provide the opportunity for the Court, within its discretion, to temporarily suspend incurring further time and effort in considering the motion to dismiss pending the finalization of the settlement.

Page 1

Respectfully submitted,

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Joseph W. Spence*
Assistant District Attorney
Texas State Bar No. 18913500
Email: joseph.spence@dallascounty.org

Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas  75202
Telephone:     214-653-7358
Telecopier:    214-653-6134

Attorneys for Defendant Dallas County

*/s/ James A. Spangler, Jr.* (with permission)
James A. Spangler
Texas Bar No. 24106454
**SPANGLER LAW PLLC**
1700 Pacific Ave., Suite 2620
Dallas, TX 75201
Telephone: 214.932.3030
Email: jim@spanglerlaw.com

Attorney for Plaintiff Melissa Molloy

Page 2

## CERTIFICATE OF SERVICE

On February 25, 2026, I filed foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

*/s/ Joseph W. Spence*
Assistant District Attorney